**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**07 - CV - 0 1 6 9 8 ~BNB**

AUG 1 0 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. _____

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

ETHEL WHITE,

      Plaintiff,

v.

WARREN NOBLE WALLACE - Warden at time of incident,
L.T. LAWERENCE - DRDC Property,
CARLA A, DRDC Intake Nurse,
HILLARY S., D.W.C.F. Care Provider,

      Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, Prisoner Complaint, and a notice to the court of a forwarding address. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___    is not submitted
(2)   ___    is missing affidavit

(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4) ___ is missing required financial information

(5) ___ is missing an original signature by the prisoner

(6) ___ is not on proper form (must use the court's current form)

(7) ___ names in caption do not match names in caption of complaint, petition or habeas application

(8) ___ An original and a copy have not been received by the court. Only an original has been received.

(9) ___ other _____

**Complaint, Petition or Application:**

(10) ___ is not submitted

(11) ___ is not on proper form (must use the court's current form)

(12) _X_ is missing an original signature by the prisoner

(13) ___ is missing page nos. ___

(14) ___ uses et al. instead of listing all parties in caption

(15) ___ An original and a copy have not been received by the court. Only an original has been received.

(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.

(17) ___ names in caption do not match names in text

(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form: a Prisoner Complaint . It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 9th day of August , 2007.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.     **07 - CV - 01698** -BNB

Ethel M. White
Prisoner No. 68138
DWCF
PO Box 392005
Denver, CO 80239

Ethel M. White
Prisoner No. 68138
CCL ComCore Rehab Program
3844 N. Nevada Ave.
Colorado Springs, CO 80907

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on_____8/10/07_____

GREGORY C. LANGHAM, CLERK

By:_____
                      Deputy Clerk